UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 9:10-CR-550 |
|---|---|---|
| v. | ) | |
| JAISON THOMAS HROBAR | ) | ORDER DISMISSING INDICTMENT |

And now, this 18th day of January, 2012, the within Motion is granted, and it is hereby ordered and decreed that the Indictment in Criminal No.: 9:10-CR-550 against the Defendant, JAISON THOMAS HROBAR, be and the same is hereby dismissed without prejudice.

_____
SOL BLATT, JR.
UNITED STATES DISTRICT JUDGE

Charleston, South Carolina
1/18/12